■ DOUGLAS PICHT, Appellant, v GAYLE PICHT, Respondent. [632 NYS2d 979] —Appeal by the plaintiff, as limited by his brief,

from stated portions of an order of the Supreme Court, Nassau County (Alpert, J.), dated April 7, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Alpert at the Supreme Court. Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.